JS-6/ENTER

**FILED**
APR 11 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| RICARDO MIGUEL RUIZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>T. GONZALEZ, Warden,<br><br>　　　　Respondent. | Case No. EDCV 10-1286-DSF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 4/11/11

_Dale S. Fischer_
Dale S. Fischer
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY